UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| RE: DAVID WAYNE CLEMENTS | ) | |
|     CATINA DEE CLEMENTS | ) | CHAPTER 13 |
| | ) | CASE NO. 16-60950 |
|     DEBTOR | ) | |
| | ) | |

## MOTION BY DEBTORS FOR CONVERSION TO CHAPTER 7

TO THE HONORABLE REBECCA B. CONNELLY, U.S. BANKRUPTCY JUDGE:

Comes now the Debtors, and moves the Court pursuant to Bankruptcy Code §1307(a) and Bankruptcy Rule 1019 to enter an Order converting the subject Chapter 13 proceeding to a proceeding under Chapter 7 of the Bankruptcy Code. Your Debtors respectfully states unto the Court that they may be and is entitled to be Debtors under Chapter 7 of the Bankruptcy Code and, further, that your Debtors requests this conversion.

Dated this 9th day of February, 2018

Respectfully Submitted,

_David Wayne Clements_
DAVID WAYNE CLEMENTS SR

_Catina Dee Clements_
CATINA DEE CLEMENTS

_David Cox_
DAVID COX
DAVID E WRIGHT
JANICE HANSEN
HEIDI SHAFER
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501